# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Joel Council and Maria Victoria Council<br><br><br><br>Debtor(s). | C/A No. 19-06189-hb<br><br>Chapter 13<br><br><br><br>**ORDER AUTHORIZING LOSS MITIGATION/MORTGAGE MODIFICATION** |

    Joel Council and Maria Victoria Council ("Debtor(s)") requested an order from this Court authorizing modification of the automatic stay to engage in Loss Mitigation/Mediation with creditor SELECT PORTFOLIO SERVICING its agents, servicers, successors or assigns ("Creditor") in connection with property located at 5076 Timber Falls Drive Fort Mill, SC 29707 ("the Property").  The automatic stay of 11 U.S.C. § 362 is lifted to the extent necessary for Debtor(s) and Creditor, at their discretion, to engage in and complete any loss mitigation related to the Property.  The parties may negotiate and enter into a consensual loan modification agreement including, if applicable, a trial modification, permanent loan modification, and the execution of any other conforming and amended documents.  For so long as the case remains pending in this Court, Debtor(s) shall promptly provide notice of any permanent loan modification by filing notice with the Court.  Debtor(s) shall notify the chapter 13 trustee of the status of loss mitigation within 120 days of the entry of this order.  The chapter 13 trustee shall, unless otherwise ordered, continue to make disbursements to the Creditor as provided in the confirmed plan.

    **AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**01/15/2020**

US Bankruptcy Judge
District of South Carolina

Entered: 01/15/2020